THE WOODBRIDGE COMPANY, Respondent, *v.* THE CHARLES E. HIRES COMPANY, Appellant.

*Woodbridge Co.* v. *Hires Co.*, 19 App. Div. 128, affirmed.
(Submitted April 2, 1900; decided May 15, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 11, 1897, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term, and granting a new trial.

*John A. Garver* for appellant.

*Edward W. Sheldon* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.

---

THE BRECKENRIDGE COMPANY, Limited, Respondent, *v.* JAMES D. PERKINS et al., Appellants.

163b 563
s164 606

*Breckenridge Co.* v. *Perkins*, 19 App. Div. 631, affirmed.
(Submitted April 6, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles Edward Souther* for appellants.

*William B. Bristow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.